IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-538-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EDMONDSON PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A 2011 JEEP WRANGLER, | ) |
| VIN: 1J4BA3H11BL614913; AND ANY AND | ) |
| ALL PROCEEDS FROM THE SALE OF SAID | ) |
| PROPERTY, | ) |
| | ) |
| Defendant. | ) |

**ORDER SEALING CIVIL FORFEITURE CASE**

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the instant Civil Forfeiture case is sealed by the Clerk until the defendant property is seized by the United States, except that certified copies of all documents filed in this case be provided to the Office of the United

1

States Attorney and/or the Defense Criminal Investigative Service upon request.

This the 30th day of July, 2013.

_____
United States District Judge

2