IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-538-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDMONDSON PERSONAL PROPERTY, )<br>SPECIFICALLY DESCRIBED AS: )<br>A 2011 JEEP WRANGLER, )<br>VIN: 1J4BA3H11BL614913, )<br>AND ANY AND ALL PROCEEDS FROM )<br>THE SALE OF SAID PROPERTY, )<br>)<br>Defendant. ) | **ORDER UNSEALING CIVIL**<br>**FORFEITURE CASE** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

SO ORDERED. This 18th day of December, 2013.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge