IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-538-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EDMONDSON PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS | ) |
| A 2011 JEEP WRANGLER, | ) |
| VIN: 1J4BA3H11BL614913; AND ANY AND | ) |
| ALL PROCEEDS FROM THE SALE OF SAID | ) |
| PROPERTY, | ) |
| | ) |
| Defendant. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 3rd day of April, 2014.

_____
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina